Lepre DOUGHTY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 178, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016
Decided: September 14, 2016

Court Below—Superior Court the State of Delaware, Cr. ID No. 1008005495

AFFIRMED.